JOHN H. HORWITZ, State Bar No. 137192
John@chflawfirm.com
CYNTHIA KITCHEN, State Bar No. 203213
Cynthia@chflawfirm.com
CHEN HORWITZ & FRANKLIN
8055 W. Manchester Ave., Ste. 430
Playa del Rey, CA 90293
Tele: (424) 320-8420; Fax: (424) 320-8430

Attorneys for Plaintiff, COMPASS HEALTH BRANDS CORP., a Delaware corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – [Southern Division]**

| | |
|---|---|
| COMPASS HEALTH BRANDS CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>J MED SUPPLIES, INC., a California corporation; and JOHN AMIRTHIAH, an Individual,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S COMPLAINT FOR:**<br>**1. DAMAGES;**<br>**2. BREACH OF CONTRACT;**<br>**3. BREACH OF PERSONAL GUARANTEE;**<br>**4. DECLARATORY JUDGMENT; AND**<br>**5. UNJUST ENRICHMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff COMPASS HEALTH BRANDS CORP. ("Plaintiff" or "Compass"), by and through its attorneys, files this Complaint, and alleges against Defendants J MED SUPPLIES, INC. ("J Med"), a California corporation, and JOHN AMIRTHIAH ("Mr. Amirthiah," and collectively with J Med, "Defendants"), an individual, as follows:

///

///

///

## I.

## PARTIES

1. Compass is a Delaware corporation with its principal place of business in Ohio.

2. At all relevant times herein, J Med was and is a California corporation located and operating in Orange County, California and was authorized to do business in the state of California. Upon information and belief, J Med's headquarters is located at 7300 Artesia Boulevard, Buena Park, California, 90621.

3. Mr. Amirthiah is an individual and at all relevant times, was a resident of Orange County, California who owns and operates J Med in Orange County, California.

4. Upon information and belief, Mr. Amirthiah is not a minor, an incompetent person, or person in military service so as to be entitled to the benefit of the Service Members Civil Relief Act of 2003, 50 U.S.C. § 501 et seq.

## II.

## JURISDICTION AND VENUE

5. Jurisdiction in this Court is proper under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

6. This court may exercise personal jurisdiction over J Med because it was incorporated in California and conducts substantial business in Orange County, California.

7. This Court may exercise personal jurisdiction over Mr. Amirthiah because he is domiciled in Orange County, California and conducts substantial business in Orange County, California.

8. Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) as both Defendants are domiciled in Orange County, California.

///

## III.

## FACTS COMMON TO ALL CAUSES OF ACTION

### *The Credit Agreement*

9. On or about April 14, 2017, J Med submitted an executed Dealer/Reseller Application (the "Credit Agreement") to Roscoe Medical n/k/a Compass to "induce [Compass] to extend credit to [J Med]." Attached hereto as **Exhibit A** is a true and correct copy of the Credit Agreement.

10. The Credit Agreement contains certain Terms and Conditions which state:

> Applicant agrees to pay all charges within payment terms and the balance owed will become due in full upon any default in payment or upon violation of the terms of any agreement with [Compass]. A monthly interest charge of 1.5% will be charged on invoices past due. [J Med] agrees to pay all collections fees if account is turned over for collection.

*See* Credit Agreement, p. 3.

11. The Credit Agreement also provides that "if litigation is necessary to enforce the terms of this agreement, [Compass] shall be allowed to recover all amounts due and owing under this agreement, as well as reasonable attorney fees and court costs incurred. This agreement shall be governed by and construed in accordance with the substantive laws of the State of Ohio." *See* Credit Agreement, p. 9.

12. As part of the Credit Agreement, Mr. Amirthiah executed a Personal Guarantee which states: "I personally guarantee any and all outstanding balance on the behalf of my company." *See* Credit Agreement, p. 3.

///

///

***The Rebate Agreement***

13. Thereafter, on or about February 16, 2024, J Med entered into a Rebate Agreement with Compass (the "Rebate Agreement") pursuant to which Compass agreed to "provide a rebate as a % of purchases during the contract period" in exchange for J Med's agreement to make Compass one of its Preferred Vendors. Attached as **Exhibit B** is a true and correct copy of the Rebate Agreement.

14. The Rebate Agreement explicitly excluded all oxygen cylinder sales from purchase totals when calculating rebate target tiers and payments.

15. The Rebate Agreement states that "[t]o qualify for rebate . . . the account must be in good standing with Compass [] at the time of payment due date. The rebate will be in the form of a credit applied to the account of the company noted and will be paid by the end o[f] Q1 2025." *See* Rebate Agreement.

16. As of the date of this Complaint, J Med has failed to pay invoices in the principal amount of $229,854.31. Attached as **Exhibit C** is a true and correct copy of the outstanding invoices sent to J Med.

17. As of October 3, 2025, interest in the amount of $28,701.61 has accrued on the outstanding principal balance, for a total outstanding amount of $258,555.92. Interest will continue to increase daily in the amount of $113.35/day until payment in full has been made.

18. As of the end of Q1 2025, J Med's account was not in good standing.

19. In fact, at the end of Q1 2025, J Med's account was past due in the amount of $359,168.56.

*The Recall*

20. On November 25, 2024, Jiangsu Jumao X-Care Medical Equipment Co. ("Jumao") recalled the JMC5A Ni/TruAire-5 Oxygen Concentrator, Model: O2C5L (the "Device") (the "Recall").

21. 21 C.F.R. 7.49(d) states: "Consignees that receive a recall communication should immediately carry out the instructions set forth by the

recalling firm and, where necessary, extend the recall to its consignees in accordance with paragraphs (b) and (c) of this section." *Id*.

22. Consignees are defined as "anyone who received, purchased, or used the product being recalled" and, in this case, includes Compass, J Med, and J Med's customers who received the Device.

23. Typically, the recall process works as follows: (a) recall is issued; (b) the distributor collects recalled units from customers; (c) the distributor ships the recalled units back to the consignee or manufacturer (as the case may be); (d) the consignee orders replacement units from the manufacturer; (e) the manufacturer sends a replacement unit to the consignee who passes it on to the distributor; and (e) the distributor sends the replacement unit to the ultimate customer.

24. In conformity with 21 C.F.R. 7.49(b)-(d), Compass immediately provided J Med with notice of the Recall and instructions for return of the recalled Devices.

25. J Med originally received 1,021 affected Devices from Compass.

26. Thus far, J Med has returned 466 of those Devices.

27. Jumao has graciously extended a stipend of $40 for each affected Device which is returned to it.

28. Compass has applied this $40/Device stipend to J Med's outstanding balance. Thus far, J Med has accrued a benefit of $18,640 ($40 * 466).

29. J Med has already applied $16,880 of this amount to prior invoices, leaving a credit of $1,760 which can be applied to the current outstanding balance thereby bringing the total outstanding amount owed to $256,795.92 ($258,555.92 - $1,760).

### ***The Replacement Devices***

30. In this case, to avoid any unnecessary delay, Compass provided replacement Devices to J Med in advance to allow J Med to efficiently swap out the defective Devices when retrieving them from the customers.

31. Compass ordered these replacement Devices from the manufacturer (Jumao) and received an invoice for them thereby incurring certain liabilities.

32. Each replacement Device is $395.

33. Once a corresponding defective Device is returned to the manufacturer, the value of that Device is removed from the outstanding amount owed to the manufacturer.

34. Compass also incurred certain costs per replacement Device, including but not limited to, costs for inbound transit, handling, inventory carrying, picking/packing, and outbound shipping to J Med.

35. Thus far, Compass has provided 626 replacement Devices to J Med.

36. J Med has only returned 466 Devices.

37. Accordingly, Compass has provided 160 additional replacement Devices despite not having received the corresponding defective Devices.

38. To date, despite multiple requests from Compass, J Med has failed to return the 160 defective Devices which correspond to the 160 replacement Devices. Attached as **Exhibit D** is a true and correct copy of the invoice for the 160 replacement Devices showing an outstanding balance of $63,200.

## FIRST CAUSE OF ACTION

### Breach of Contract

*(Against Defendant J Med Supplies, Inc.)*

39. Compass re-alleges and incorporates each and every foregoing allegation as if fully set forth herein.

40. The Credit Agreement is a valid and enforceable agreement.

41. The Credit Agreement requires J Med to pay all outstanding invoices within 60 days after issuance of the respective invoice.

42. All conditions precedent have been satisfied by Compass because all invoiced materials have been shipped to J Med.

///

43. J Med has failed to pay certain outstanding invoices found in **Exhibit C** prior to the date they became due and owing.

44. As a result of J Med's failure to pay the invoices found in **Exhibit C**, Compass has been damaged in the principal amount of not less than $256,795.92, plus interest accruing at a rate of 1.5% per month ($113.35/day), plus attorneys' fees and costs.

## SECOND CAUSE OF ACTION

## Breach of Personal Guarantee

*(Against Defendant John Amirthiah)*

45. Compass re-alleges and incorporates each and every foregoing allegation as if fully set forth herein.

46. The Credit Agreement is a valid and enforceable agreement.

47. The Personal Guarantee is a valid and enforceable clause within the Credit Agreement.

48. The Credit Agreement requires J Med to pay all outstanding invoices within 60 days after issuance of the respective invoice.

49. J Med failed to pay the outstanding invoices found on **Exhibit C** prior to the date they became due and owing.

50. Compass has been damaged in the principal amount of not less than $256,795.92, plus interest accruing at a rate of 1.5% per month ($113.35/day), plus attorneys' fees and costs, as a result of J Med's failure to pay the outstanding invoices.

51. By virtue of the Personal Guarantee, Mr. Amirthiah is personally liable for the outstanding amounts due and owing by J Med.

///

///

///

///

**<u>THIRD CAUSE OF ACTION</u>**

**<u>Declaratory Judgment</u>**

*(Against Defendant J Med Supplies, Inc.)*

52. Compass re-alleges and incorporates each and every foregoing allegation as if fully set forth herein.

53. The Rebate Agreement is a valid and enforceable agreement.

54. Pursuant to the Rebate Agreement, J Med was only entitled to application of the rebate if its account was in good standing with Compass at the time of payment due date.

55. Under the Rebate Agreement, the "payment due date" was end of Q1 2025 (March 31, 2025).

56. As of March 31, 2025, J Med's account was not in good standing.

57. Accordingly, J Med was and is not entitled to application of the rebate and waived any right thereto.

**<u>FOURTH CAUSE OF ACTION</u>**

**<u>Unjust Enrichment</u>**

*(Against Both Defendants)*

58. Compass re-alleges and incorporates each and every foregoing allegation as if fully set forth herein.

59. Compass provided 160 replacement Devices to J Med.

60. By providing the additional 160 replacement Devices to J Med, Compass incurred certain liabilities owed to Jumao (the manufacturer) for the replacement Devices.

61. In addition to the liabilities owed to Jumao, Compass also incurred certain costs per unit, including but not limited to, costs for inbound transit, handling, inventory carrying, picking/packing, and outbound shipping to J Med.

62. J Med has not paid Compass any amount for the replacement Devices.

63. J Med has not returned the corresponding defective Devices.

64. Accordingly, J Med has been unjustly enriched to the detriment of Compass.

65. By virtue of the Personal Guarantee, Mr. Amirthiah is personally liable for the outstanding amounts due and owning by J Med.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a. For monetary damages in the amount of at least $256,795.92, plus contractual prejudgment interest accruing at a rate of 1.5% per month ($113.35/day) until entry of the judgment, jointly and severally against J Med Supplies, Inc. and John Amirthiah;

b. For declaratory relief stating that J Med is not entitled to any credits/rebates under the Rebate Agreement;

c. For monetary damages in the amount of at least $63,200.00, plus contractual prejudgment interest accruing at a rate of 1.5% per month ($31.17/day) beginning on October 20, 2025, until entry of the judgment jointly and severally against J Med Supplies, Inc. and John Amirthiah under a theory of unjust enrichment for the replacement Devices;

d. For Compass's costs and disbursements in this action, including reasonable attorneys' fees, experts' fees, costs, and expenses as allowed by contract and law;

e. For post-judgment interest as allowed by law; and

f. For such other and further relief as the Court may deem just and proper.

Dated: October 20, 2025 CHEN HORWITZ & FRANKLIN

By: ______________________

JOHN H. HORWITZ
CYNTHIA KITCHEN
Plaintiff, COMPASS HEALTH BRANDS CORP.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: October 20, 2025 CHEN HORWITZ & FRANKLIN

By: ______________________________
JOHN H. HORWITZ
CYNTHIA KITCHEN
Plaintiff, COMPASS HEALTH BRANDS CORP.

# EXHIBIT A

J-MED

JOHN AMIRTHIAH

1216 MARBLE LANE

LA HABRA CA 90631

(714) 869-4618

**EXHIBIT A**

ROSCOE MEDICAL
We Keep Life Simple™

# Dealer/Reseller Application

Business Name: J. MED
Primary Contact Name: JOHN
Phone Number: 714 869 4618
Fax Number:
Email Address: Jmednow1@gmail.com
Years In Business: 6 MONTHS
Principals/Owners: JOHN AMIRTHIAH
(name/title)
Fed Tax ID or SSN [redacted]
DUNS #

Company structure:
☑ Sole Owner ☐ LLC
☐ Corporation ☐ Other
☐ Partnership ☐ ______

Have Owners or Principals ever Filed Bankruptcy? ☑ No ☐ Yes (If yes, provide details)
Sales Tax Exempt: ☐ No ☑ Yes (if yes, must include current completed resale certificate)

Please choose invoice delivery method:
☑ Email: ____________
Or
☐ Fax ____________

Please indicate if you are a member of:
☐ The VGM Group – member number: ____________
☐ The MedGroup – member number: ____________

☑ Check Here if you would like to be able to order online. We will provide you with a username and password to access our online store at: www.roscoemedical.com

Billing Address: 1216 MARBLE LANE
Billing City: LA HABRA
Billing State: CA
Billing Country:
Billing Postal/Zip Code: 90631
Accounts Payable Contact: JOHN
A/P Phone Number: 714 869 4618

Ship to Address: 150 IMPERIAL HWY, FULLERTON CA 92835
Ship to City:
Ship to State:
Ship to Country:
Ship to Postal/Zip Code:

**CLASS II MEDICAL DEVICES:** Some of Roscoe Medical, Inc.'s products are Class II Medical devices and Federal Law restricts these devices to sale by, or on the order of, a Physician (i.e. requires a prescription). Therefore, Roscoe Medical, Inc. can only sell these products to qualified dealers and/or resellers.

I certify that J. MED (Company Name) (the "Dealer/Reseller"), located at 1216 MARBLE LANE, (Address) is a valid medical equipment dealer and/or reseller and is licensed to sell medical equipment. I also understand that by Federal Law, Class II medical devices require a prescription and the Dealer/Reseller is responsible for meeting this requirement.

Signed: [signature]
Title: OWNER
Name (please print): JOHN AMIRTHIAH
Date: 04-14-2017

**EXHIBIT A**

ROSCOE MEDICAL
*We Keep Life Simple™*

**Bank Reference:** Bo A

**Bank Account #:** [redacted]

**Bank Phone Number:** ______

| | Company Name | Phone | Fax | Account # |
|---|---|---|---|---|
| 1. | TUFFCARE - | 626 531 3015 | | J. MED |
| 2. | RATIONAL SOLUTION | 818 668 7234 | | J. MED |
| 3. | EMPORIUM | 714 767 3972 | | J. MED |
| 4. | RESPITORY THERAPY | 562 755 7844 | | J. MED - |

**PERSONAL GUARANTEE:** I personally guarantee any and all outstanding balance on the behalf of my company.

J. MED SUPPLIES.
*(Dealer/Reseller Name)*

**Signed:** [signature] **Title:** OWNER

**Name (please print):** JOHN AMIRDJIAN **Date:** 4-14-2017.

**TERMS AND CONDITIONS:** Payment in full shall be due and payable prior to shipment of product via wire payment, ACH or *(for US Dealers/Resellers only)* credit card (Visa, MasterCard, American Express or Discover). Credit card payments are subject to the approval of the financial institution issuing your credit card. Payments may be extended upon satisfactory credit approval. Applicant agrees to pay all charges within payment terms and the balance owed will become due in full upon any default in payment or upon violation of the terms of any agreement with Roscoe Medical. A monthly interest charge of 1.5% will be charged on invoices past due. Customer agrees to pay all collections fees if account is turned over for collection. In the instance that our relationship should cease to exist and/or any product is returned to Roscoe Medical, I understand that I will be responsible for paying for the shipping costs to return the product to Roscoe Medical. I understand that it is my responsibility to insure the product for full value because Roscoe Medical will not accept responsibility of the product until it reaches our location. I understand that there will be a 25% restocking fee for all product returned.

I certify that all the information on this form is true and correct and is provided to induce Roscoe Medical to extend credit to Applicant. I authorize Roscoe Medical to make such credit investigations as Roscoe Medical deems necessary, including contacting the above banks, trade references, and obtaining credit reports. I authorize all banks, trade references and credit reporting agencies to disclose to Roscoe Medical any and all information concerning the financial and credit history of my company and myself. I have read the Terms and Conditions stated above, fully understand and agree to all the terms and conditions.

**Signed:** [signature] **Title:** OWNER

**Note** – Application must be signed by a principal or owner listed on page #1 of this application

**Name (please print):** JOHN AMIRDJIAN **Date:** 4-14-2017.

Fax completed forms to (440) 268-2116 or email to ar@roscoemedical.com.



**EXHIBIT A**

DISPLAY CONSPICUOUSLY AT PLACE OF BUSINESS FOR WHICH ISSUED

CALIFORNIA STATE BOARD OF EQUALIZATION

## SELLER'S PERMIT

ACCOUNT NUMBER

02/21/2017 SR EA [redacted]

J MED SUPPLY
JOHN R AMIRTHIAH
1216 MARBLE LN
LA HABRA CA 90631-7376

NOTICE TO PERMITTEE: You are required to obey all Federal and State laws that regulate or control your business. This permit does not allow you to do otherwise.

IS HEREBY AUTHORIZED PURSUANT TO SALES AND USE TAX LAW TO ENGAGE IN THE BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION.
THIS PERMIT IS VALID ONLY AT THE ABOVE ADDRESS.
THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED AND IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES OWED BY THE NEW OPERATOR OF THE BUSINESS.

Not valid at any other address

For general tax questions, please call our Customer Service Center at 1-800-400-7115 (TTY 711).
For information on your rights, contact the Taxpayers' Rights Advocate office at 1-888-324-2798 or 1-916-324-2798.

BOE-442-R REV.16 (11-14)

### A MESSAGE TO OUR NEW PERMIT HOLDER

As a seller, you have rights and responsibilities under the Sales and Use Tax Law. In order to assist you in your endeavor and to better understand the law, we offer the following sources of help:

- Visiting our website at www.boe.ca.gov
- Visiting a field office
- Attending a Basic Sales and Use Tax Law class offered at one of our field offices
- Sending your questions in writing to any one of our offices
- Calling our toll-free Customer Service Center at 1-800-400-7115 (TTY 711)

As a seller, you have the right to issue resale certificates for merchandise that you intend to resell. You also have the responsibility of not misusing resale certificates. While the sales tax is imposed upon the retailer,

- You have the right to seek reimbursement of the tax from your customer
- You are responsible for filing and paying your sales and use tax returns timely
- You have the right to be treated in a fair and equitable manner by the employees of the California State Board of Equalization (BOE)
- You are responsible for following the regulations set forth by the BOE

As a seller, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a BOE representative when requested. You are also expected to notify us if you are buying, selling, adding a location, or discontinuing your business, adding or dropping a partner, officer, or member, or when you are moving any or all of your business locations. If it becomes necessary to surrender this permit, you should only do so by mailing it to a BOE office, or giving it to a BOE representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the BOE, please contact the Taxpayers' Rights Advocate office for help by calling toll-free, 1-888-324-2798 or 1-916-324-2798. Their fax number is 1-916-323-3319.

Please post this permit at the address for which it was issued and at a location visible to your customers.

CALIFORNIA STATE BOARD OF EQUALIZATION
Sales and Use Tax Department

**EXHIBIT A**

# UNIFORM SALES & USE TAX CERTIFICATE—MULTIJURISDICTION

The below-listed states have indicated that this form of certificate is acceptable, subject to the notes on pages 2-4. The issuer and the recipient have the responsibility of determining the proper use of this certificate under applicable laws in each state, as these may change from time to time.

Issued to Seller: ROSCOE MEDICAL, INC. - 21973 COMMERCE PARKWAY - STRONGSVILLE, OHIO 44149

I certify that: John Archer ~~is~~ engaged as a registered
Name of Firm (Buyer): J. MED
Address: 1216 MARBLE LANE
LA HABRA CA 90631

☐ Wholesaler ☐ Retailer
☐ Manufacturer ☐ Seller (California)
☐ Lessor ☐ Other Specify)________

and is registered with the below listed states and cities within which your firm would deliver purchases to us and that any such purchases are for wholesale, resale, ingredients or components of a new product or service to be resold, leased, or rented in the normal course of business. We are in the business of wholesaling, retailing, manufacturing, leasing (renting) the following:

Description of Business: DME
General description of tangible property or taxable services to be purchased from the seller: ________

Find your state below. If blank, enter your State Registration, Seller's Permit, or ID Number. If not, follow your state's instructions.

| State | State Registration, Seller's Permit or ID Number of Purchaser | State | State Registration, Seller's Permit or ID Number of Purchaser |
|---|---|---|---|
| AK | Provide EIN # below. | MT | Provide EIN # below. |
| AL | | NC | |
| AR | | ND | |
| AZ | | NE | |
| ✓ CA | | NH | Provide EIN # below. |
| CO | This form does not apply. Use Colorado State Form DR-0563. | NJ | |
| CT | | NM | |
| DC | | NV | |
| DE | Provide EIN # below. | NY | This form does not apply. Use New York State Form ST-120. |
| FL | This form does not apply. Use Florida State Form DR-97 | OH | |
| GA | | OK | |
| HI | This form does not apply. Use Hawaii State Form G-17. | OR | Provide EIN # below. |
| IA | | PA | |
| ID | | PR | This form does not apply. Use Puerto Rico State Form AS- 2916.1 |
| IL | This form does not apply. Use Illinois State Form CRT-61. | RI | |
| IN | This form does not apply. Use Indiana State Form ST-105. | SC | |
| KS | | SD | |
| KY | | TN | |
| LA | This form does not apply. Use Louisiana State Form R-1042. | TX | |
| MA | This form does not apply. Use Massachusetts State Form ST-4. | UT | |
| MD | | VA | This form does not apply. Use Virginia State Form ST-10. |
| ME | | VT | |
| MI | | WA | |
| MN | | WI | |
| MO | | WV | This form does not apply. Use West Virginia State Form WV/CST-280. |
| MS | This form does not apply. Use State of Mississippi Resale Certificate | WY | This form does not apply. Use Wyoming State Tax Exemption Certificate. |

For buyers with locations in states that do not require state tax registrations, please check the appropriate box(es) and supply your federal EIN#:
☐ AK ☐ DE ☐ MT ☐ NH ☐ OR EIN# ________

I further certify that if any property or service so purchased tax free is used or consumed by the firm as to make it subject to a Sales or use Tax we will pay the tax due directly to the proper taxing authority when state law so provides or inform the seller for added tax billing. This certificate shall be a part of each order which we may hereafter give to you, unless otherwise specified, and shall be valid until canceled by us in writing or revoked by the city or state.

Under penalties of perjury, I swear or affirm that the information on this form is true and correct as to every material matter.

Authorized Signature: [signature]
(Owner, Partner or Corporate Officer)

Title: OWNER Date: 4-14-2017

Please return completed form to : Fax# 440.268.2116 or via E-mail to ar@roscoemedical.com

*Revised 1/2013*

**EXHIBIT A**

## INSTRUCTIONS REGARDING UNIFORM SALES & USE TAX CERTIFCATE

To Seller's Customers:

In order to comply with the majority of state and local sales tax law requirements, the seller must have in its files a properly executed exemption certificate from all of its customers who claim a sales tax exemption. If the seller does not have this certificate, it is obliged to collect the tax for the state in which the property or service is delivered.

If the buyer is entitled to sales tax exemption, the buyer should complete the certificate and send it to the seller at its earliest convenience. If the buyer purchases tax free for a reason for which this form does not provide, the buyer should send the seller its special certificate or statement.

Caution to Seller:

In order for the certificate to be accepted in good faith by the seller, seller must exercise care that the property or service being sold is of a type normally sold wholesale, resold, leased, rented or incorporated as a ingredient or component part of a product manufactured by buyer and then resold in the usual course of its business. A seller failing to exercise due care could be held liable for the sales tax due in some states or cities. Misuse of this certificate by seller, lessee, or the representative thereof may be punishable by fine, imprisonment or loss of right to issue certificate in some states or cities.

Notes:

1. Alabama: Each retailer shall be responsible for determining the validity of a purchaser's claim for exemption.

2. Arizona: This certificate may be used only when making purchases of tangible personal property for resale in the ordinary course of business, and not for any other statutory deduction or exemption. It is valid as a resale certificate only if it contains the purchaser's name, address, signature, and Arizona transaction privilege tax (or other state sales tax) license number, as required by Arizona Revised Statutes § 42-5022, *Burden of proving sales not at retail.*

3. California:
   - A. This certificate is not valid as an exemption certificate. Its use is limited to use as a resale certificate subject to the provisions of Title 18, California Code of Regulations, Section 1668 (Sales and Use Tax Regulation 1668, Resale Certificate).
   - B. By use of this certificate, the purchaser certifies that the property is purchased for resale in the regular course of business in the form of tangible personal property, which includes property incorporated as an ingredient or component part of an item manufactured for resale in the regular course of business.
   - C. When the applicable tax would be sales tax, it is the seller who owes that tax unless the seller takes a timely and valid resale certificate in good faith.
   - D. A valid resale certificate is effective until the issuer revokes the certificate.

4. The state of Colorado, Hawaii, Illinois, and New Mexico do not permit the use of this certificate to claim a resale exemption for the purchase of a taxable service for resale.

5 Connecticut: This certificate is not valid as an exemption certificate. Its use is limited to use as a resale certificate subject to Conn. Gen. State §§12-410(5) and 12-411(14) and an regulations and administrative pronouncements pertaining to resale certificates.

6. District of Columbia: This certificate is not valid as an exemption certificate. It is not valid as a resale certificate unless it contains the purchaser's D.C. sales and use tax registration number.

7. Florida: The Department will allow purchasers to use the Multistate Tax Commission's Uniform Sales and Use Tax Certificate-Multijurisdiction. However, the use of this uniform certificate must be used in conjunction with the telephonic or electronic authorization number method described in paragraph (3)(b) or (c) of rule SUT FAC 12A-1.039..

8. Georgia: the purchaser's state of registration number will be accepted in lieu of Georgia's registration number when the purchaser is located outside Georgia, does not have nexus with Georgia, and the tangible personal property is delivered by drop shipment to the purchaser's customer located in Georgia.

9. Hawaii allows this certificate to be used by the seller to claim a lower general excise tax rate or no general excise tax, rather than the buyer claiming an exemption. The no tax situation occurs when the purchaser of imported goods certifies to the seller, who originally imported the goods into Hawaii, that the purchaser will resell the imported goods at wholesale. If the lower rate



**EXHIBIT A**

or no tax does not in fact apply to the sale, the purchaser is liable to pay the seller the additional tax imposed. See Hawaii Dept. of Taxation Tax Information Release No. 93-5, November 10, 1993, and Tax Information Release No. 98-8, October 30, 1998.

10. Use of this certificate in Illinois is subject to the provisions of 86 Ill. Adm. Code Ch.I, Sec. 130.1405. Illinois does not have an exemption on sales of property for subsequent ease or rental, nor does the use of this certificate for claiming resale purchases of services have any application in Illinois.

The registration number to be supplied next to Illinois on page 1 of this certificate must be the Illinois registration or resale number; no other state's registration number is acceptable.

"Good faith" is not the standard of care to be exercised by a retailer in Illinois. A retailer in Illinois is not required to determine if the purchaser actually intends to resell the item. Instead, a retailer must confirm that the purchaser has a valid registration or resale number at the time of purchase. If a purchaser fails to provide a certificate of resale at the time of sale in Illinois, the seller must charge the purchaser tax.

While there is no statutory requirement that blanket certificates of resale be renewed at certain intervals, blanket certificates should be updated periodically, and no less frequently than every three years.

11. Kentucky: 1. Kentucky does not permit the use of this certificate to claim a resale exclusion for the purchase of a taxable service.
2. This certificate is not valid as an exemption certificate. Its use is limited to use as a resale certificate subject to the provisions of Kentucky Revised Statute 139.270 (Good Faith).
3. The use of this certificate by the purchaser constitutes the issuance of a blanket certificate in accordance with Kentucky Administrative Regulation 103 KAR 31:111.

12. Maine does not have an exemption on sales of property for subsequent lease or rental.

13. Maryland: This certificate is not valid as an exemption certificate. However, vendors may accept resale certificates that bear the exemption number issued to a religious organization. Exemption certifications issued to religious organizations consist of 8 digits, the first two of which are always "29". Maryland registration, exemption and direct pay numbers may be verified on the website of the Comptroller of the Treasury at www.marylandtaxes.com.

14 Michigan: Effective for a period of four years unless a lesser period is mutually agreed to and stated on this certificate. Covers all exempt transfers when accepted by the seller in "good faith" as defined by Michigan statute.

15. Minnesota:
A. Does not allow a resale certificate for purchases of taxable services for resale in most situations.
B. Allows an exemption for items used only once during production and not used again.

16. Missouri:
A. Purchases who improperly purchase property or services sales tax free using this certificate may be required to pay the tax, interest, additions to tax or penalty
B. Even if property is delivered outside Missouri, facts and circumstances may subject it to Missouri tax, contrary to the second sentence of the first paragraph of the above instructions.

17. Nebraska: A blanket certificate is valid 3 years from the date of issuance.

18. New Mexico: For transactions occurring on or after July 1, 1998, New Mexico will accept this certificate in lieu of a New Mexico nontaxable transaction certificate and as evidence of the deductibility of a sale tangible personal property provided:

a) this certificate was not issued by the State of New Mexico;
b) the buyer is not required to be registered in New Mexico; and
c) the buyer is purchasing tangible personal property for resale or incorporations as an ingredient or component part into a manufactured product.

19. North Carolina: This certificate is not valid as an exemption certificate or if signed by a person such as a contractor who intends to use the property. Its use is subject to G.S. 105-164.28 and any administrative rules or directives pertaining to resale certificates.

20. Ohio: A. The buyer must specify which one of the reasons for exemption on the certificate applies. This may be done by circling or underlining the appropriate reason or writing it on the form above the state registration section. Failure to specify the exemption reason will, on audit, result in disallowance of the certificate.

*Revised 1/2013*

**EXHIBIT A**

B. In order to be valid, the buyer must sign and deliver the certificate to the seller before or during the period for filing the return.

21. Oklahoma would allow this certificate in lieu of a copy of the purchaser's sales tax permit as one of the elements of "properly completed documents" which is one of the three requirements which must be met prior to the vendor being relieved of liability. The other tow requirements are that the vendor must have the certificate in his possession at the time the sale is made and must accept the documentation in good faith. The specific documentation required under OAC 710-:65-7-6 is:

A) Sales tax permit information may consist of:
(i) A copy of the purchaser's sales tax permit; or
(ii) In lieu of a copy of the permit, obtain the following:
(I) Sales tax permit number; and
(II) The name and address of the purchaser;
B) A statement that the purchaser is engaged in the business of reselling the articles purchased;
C) A statement that the articles purchased are purchased for resale;
D) The signature of the purchaser or a person authorized to legally bind the purchaser; and
E) Certification on the face of the invoice, bill or sales slip or on separate letter that said purchaser is engaged in reselling the articles purchased.

Absent strict compliance with these requirements, Oklahoma holds a seller liable for sales tax due on sales where the claimed exemption is found to be invalid, for whatever reason, unless the Tax Commission determines that purchaser should be pursued for collection of the tax resulting from improper presentation of a certificate.

22. Pennsylvania: This certificate is not valid as an exemption certificate. It is valid as a resale certificate only if it contains the purchaser's Pennsylvania Sales and Use Tax eight-digit license number, subject to the provisions of 61 PA Code §32.3.

23. Rhode Island allows this certificate to be used to claim a resale exemption only when the item will be resold in the same form. They do not permit this certificate to be used to claim any other type of exemption.

24. South Dakota: Services which are purchased by a service provider and delivered to a current customer in conjunction with the services contracted to be provided to the customer are claimed to be for resale. Receipts from the sale of a service for resale by the purchaser are not subject to sales tax if the purchaser furnishes a resale certificate which the seller accepts in good faith. In order for the transaction to be a sale for resale, the following conditions must be present:

(1) The service is purchased for or on behalf of a current customer;
(2) The purchaser of the service does not use the service in any manner; and
(3) The service is delivered or resold to the customer without any alteration or change.

25. Texas: Items purchased for resale must be for resale within the geographical limits of the United States, its territories and possessions.

26. Washington: A. Blanket resale certificates must be renewed at intervals not to exceed four years;
B. This certificate may be used to document exempt sales of "chemicals to be used in processing an article to be produced for sale."
C. Buyer acknowledges that the misuse of the tax due, in addition to the tax, interest, and any other penalties imposed by law.

27. Wisconsin allows this certificate to be used to claim a resale exemption only. It does not permit this certificate to be used to claim any other type of exemption.



**EXHIBIT A**

ROSCOE MEDICAL
We Keep Life Simple™

## Open Ended Credit Card Authorization

I, John Amirkhian do hereby authorize Roscoe Medical Inc. to charge my credit card on an open ended basis for orders placed by myself and or any representative of D. MED SUPPLIES.
(Company)

I also agree to pay a fee of three percent (3%) of the gross invoice amount(s) being paid although this fee will be waived if the invoices are paid in full at the time the order is placed. I further agree that if litigation is necessary to enforce the terms of this agreement, Roscoe Medical, Inc. shall be allowed to recover all amounts due and owing under this agreement, as well as reasonable attorney fees and court costs incurred. This agreement shall be governed by and construed in accordance with the substantive laws of the State of Ohio.

Credit Card Type: VISA

Credit Card #: [redacted]

Credit Card Exp Date: [redacted]

Security Code: [redacted]

Card's mailing address: 1216 MARBLE LANE
LA HABRA CA 90631.

Card Holder's Name: John Amirkhian.

Card Holder's Signature: [signature]

Today's Date: 4-14-2017.

Fax completed forms to (440) 268-2116 or email to ar@roscoemedical.com with a fax/scan of the credit card.

EXHIBIT A

ROSCOE MEDICAL

*In order to best serve you, we want to make sure that your Roscoe Account Executive has the right knowledge base to best partner with your organization to create immediate value for you with our products and services. Please fill out the following questions and add any additional comments that may help us match you with right member of our team:*

1) Is your principle business (select one)
   - ○ a. Providing/Selling directly to consumers (B to C)?
   - ○ b. Resselling to Businesses (B to B)?

2) Is your primary product focus (select one):
   - ○ a. Respiratory products (Oxygen Therapy, Sleep, etc.)?
   - ○ b. Durable Medical Equipment?
   - ○ c. Pain Management?

3) What % of your revenue is:
   - a. Billed to 3rd Parties ______% (e.g. Medicare, Private Insurance)
   - b. Cash sales to consumers? ______% (Retail)

     Is your location a traditional retail store setup? No

     If Yes, what product lines do you carry? ____________________

     ____________________

   - c. Other ______%

     Please Specify: ____________________

4) What % of your customers do you get via:
   - a. Physician/hospital referrals ______%
   - b. Walk-in ______%
   - c. Internet ______%
   - d. Other ______%
     - i. Please specify: REFERRAL



EXHIBIT A

5) How many locations do you have? 2

6) Additional Comments:

EXHIBIT A

# EXHIBIT B

COMPASS HEALTH

| | | | |
|---|---|---|---|
| Account Name: | JMED Supplies | Account #: | JMED |
| Address: | 7300 Artesia Blvd | | |
| City: | Buena Park | State/Zip: | CA 90621 |
| Start Date | 1/1/2024 | End Date: | 12/31/2024 |
| Payment Terms | NET 60 Days | 2023 Volume: | $1,132,722 |
| Freight Terms: | Standard | Target 2024 Volume: | $2,257,980 |

In consideration of this agreement, JMED Supplies agrees to make Compass Health one of its **Preferred Vendors** in a minimum of four (4) categories listed below during the contract period. As consideration for entering this agreement, Compass Health will provide a rebate as a % of purchases during the contract period as outlined by the breakout below. "Purchases" shall mean the invoice price, less the following: (a) excise, sales, use and other personal property and similar taxes; (b) finance charges on overdue invoices; (c) any discount rates offered by Compass Health; (d) allowances, returns, and/or any other credits for returned merchandise; insurance, freight, handling, packing and shipping charges from Compass Health. In addition, all oxygen Cylinder sales will not be included in purchase totals when calculating rebate target tiers and payments.

To qualify for rebate, the purchase total must meet or exceed the 2024 target volume tiers as outlined below. Additionally, the account must be in good standing with Compass Health at the time of payment due date. The rebate will be in the form of a credit applied to the account of the company noted and will be paid by the end od Q1 2025. This agreement will be monitored monthly. Compass Health reserves the right, at its sole discretion, to terminate or modify the agreement at any time. All products are subjected to normal price increases. Compass Health also maintains the rights to eliminate obsolete products or add new products at its sole discretion.

**Categories (minimum of 4):** ☐ Respiratory ☐ CPAP ☐ Bath Safety ☐ Mobility ☐ Personal Care ☐ Patient Room ☐ Support Surfaces ☐ Pain Management ☐ Med Compliance

| | Tier 1 - 0.5% | Tier 2 - 1% | Tier 3 - 2% | Tier 4 - 3% | Tier 5 - 5% |
|---|---|---|---|---|---|
| **Total** | $1,505,317 | $1,630,760 | $1,756,203 | $1,881,646 | $2,257,975 |

The customer below agrees to the information contained in this agreement. Void if not signed within 30 days of the start date.

Dealer Authorized Signature: John A[illegible]

Print Name: JOHN AMURTHIAM Date: 2-16-202

Title: CEO

Compass Authorized Signature: Michael Scarsella

Print Name: Michael Scarsella Date: 4/4/2024

Title: SVP, HME

**EXHIBIT B**

# EXHIBIT C

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5572368 |
| INVOICE DATE | 9/26/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
9999999
Advantage Medical
2880 S Main St- #100
Salt Lake City, UT 4115
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| p8258 | Unis Transportation | NET 60 DAYS ADI |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 9/26/24 | 9157 | 1155 | 5456144-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subje ct to a 3% fee<br><br>*Paying by ACH-Request to statements@com passhealthbrands.com<br><br>**Invoices 30 days past due subject to 1 .5% interest per mo<br>Tracking/Pro No: 61714510 | | |
| 48.00 | 48.00 | .00 | EA | O2C5L<br>TRUAIRE 5 O2 CONCENTRATOR<br>0.5-5LPM, STATIONARY<br>Serial No: JA2402000985, JA2402000987<br>JA2402000988, JA2402000990, JA2402000992<br>JA2402000993, JA2402000995, JA2402000996<br>JA2402000998, JA2402000999, JA2402001000<br>JA2402001003, JA2402001004, JA2402001007<br>JA2402001008, JA2402001012, JA2402001013<br>JA2402001019, JA2402001029, JA2402001036<br>JA2402001037, JA2402001135, JA2402001138<br>JA2402001142, JA2402001144, JA2402001145 | 350.0000 | 16800.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 2 |
|---|---|
| INVOICE NO. | 5572368 |
| INVOICE DATE | 9/26/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
9999999
Advantage Medical
2880 S Main St- #100
Salt Lake City, UT 4115
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| p8258 | Unis Transportation | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 9/26/24 | 9157 | 1155 | 5456144-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | JA2402001146, JA2402001148, JA2402001149<br>JA2402001151, JA2402001153, JA2402001177<br>JA2402001178, JA2402001182, JA2402001186<br>JA2402001187, JA2402001188, JA2402001190<br>JA2402001191, JA2402001192, JA2402001193<br>JA2402001195, JA2402001234, JA2402001236<br>JA2402001237, JA2402001240, JA2402001242<br>240200103162315221JA | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 16800.00 | .00 | .00 | 16800.00 | .00 | | 16800.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5584145 |
| INVOICE DATE | 10/14/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8310 | Estes | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 10/14/24 | 11080 | 1155 | 5464266-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: 2288213980 | | |
| 288.00 | 166.00 | 122.00 | EA | O2C5L<br>TRUAIRE 5 O2 CONCENTRATOR<br>0.5-5LPM, STATIONARY<br>Serial No: JA2401000172, JA2401000354<br>JA2401000355, JA2401000357, JA2401000365<br>JA2401000366, JA2401000367, JA2401000368<br>JA2401000369, JA2401000370, JA2401000371<br>JA2401000531, JA2401000537, JA2401000542<br>JA2401000588, JA2401000589, JA2401000590<br>JA2401000591, JA2401000592, JA2401000593<br>JA2401000595, JA2401000600, JA2401000601<br>JA2401000602, JA2401002257, JA2401002261 | 350.0000 | 58100.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 2 |
|---|---|
| INVOICE NO. | 5584145 |
| INVOICE DATE | 10/14/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8310 | Estes | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 10/14/24 | 11080 | 1155 | 5464266-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | JA2401002271, JA2401002273, JA2401002285<br>JA2401002313, JA2401002320, JA2401002322<br>JA2401002327, JA2401002329, JA2401002330<br>JA2401002333, JA2401002335, JA2401002357<br>JA2401002360, JA2401002370, JA2401002371<br>JA2401002411, JA2401002432, JA2401002437<br>JA2401002462, JA2401002465, JA2401002467<br>JA2401002469, JA2401002486, JA2401002487<br>JA2401002488, JA2401002489, JA2401002490<br>JA2401002491, JA2401002492, JA2401002493<br>JA2401002494, JA2401002495, JA2401002496<br>JA2401002497, JA2401002498, JA2401002499<br>JA2401002501, JA2401002502, JA2401002504<br>JA2401002505, JA2401002554, JA2401002566<br>JA2401002586, JA2401002594, JA2401002603<br>JA2401002611, JA2401002613, JA2401002617<br>JA2401002621, JA2401002622, JA2401002624<br>JA2401002627, JA2401002629, JA2401002631<br>JA2401002636, JA2401002637, JA2401002639<br>JA2401002641, JA2401002647, JA2401002648<br>JA2401002650, JA2401002659, JA2401002660<br>JA2401002661, JA2401002662, JA2401002665<br>JA2401002667, JA2401002671, JA2401002672 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 3 |
|---|---|
| INVOICE NO. | 5584145 |
| INVOICE DATE | 10/14/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8310 | Estes | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 10/14/24 | 11080 | 1155 | 5464266-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | JA2401002674, JA2401002675, JA2401002677<br>JA2401002689, JA2401002690, JA2401002692<br>JA2401002715, JA2401002716, JA2401002717<br>JA2401002718, JA2401002720, JA2401002721<br>JA2401002723, JA2401002724, JA2401002725<br>JA2401002726, JA2401002727, JA2401002728<br>JA2401002729, JA2401002730, JA2401002731<br>JA2401002732, JA2401002733, JA2401002734<br>JA2401002735, JA2401002736, JA2401002737<br>JA2401002738, JA2401002739, JA2401002740<br>JA2401002741, JA2401002742, JA2401002743<br>JA2401002744, JA2401002745, JA2401002746<br>JA2401002747, JA2401002748, JA2401002749<br>JA2401002750, JA2401002752, JA2401002755<br>JA2401002756, JA2401002757, JA2401002758<br>JA2401002759, JA2401002761, JA2401002762<br>JA2401002764, JA2401002765, JA2401002766<br>JA2401002768, JA2401002770, JA2401002772<br>JA2401002773, JA2401002776, JA2401002777<br>JA2401002778, JA2401002909, JA2401002910<br>JA2401002911, JA2401002912, JA2401002913<br>JA2401002914, JA2401002915, JA2401002916<br>JA2401002917, JA2401002918, JA2401002919 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 4 |
|---|---|
| INVOICE NO. | 5584145 |
| INVOICE DATE | 10/14/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO:
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO:
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8310 | Estes | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 10/14/24 | 11080 | 1155 | 5464266-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | JA2401002920, 3JA2401002503 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 58100.00 | .00 | .00 | 58100.00 | .00 | | 58100.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5584146 |
| INVOICE DATE | 10/14/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8310 | CH ROBINSON | | NET 60 DAYS ADI |
| **DATE SHIPPED** | **SLMN 1** | **SLMN 2** | **PICK TICKET NO.** |
| 10/14/24 | 11080 | 1155 | 5464266-001 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo | | |
| 122.00 | 122.00 | .00 | EA | O2C5L<br>TRUAIRE 5 O2 CONCENTRATOR<br>0.5-5LPM, STATIONARY<br>Serial No: JA2401002207, JA2401002208<br>JA2401002212, JA2401002242, JA2401002255<br>JA2401002256, JA2401002262, JA2401002264<br>JA2401002267, JA2401002270, JA2401002281<br>JA2401002288, JA2401002292, JA2401002296<br>JA2401002297, JA2401002298, JA2401002300<br>JA2401002303, JA2401002304, JA2401002311<br>JA2401002315, JA2401002317, JA2401002318<br>JA2401002319, JA2401002326, JA2401002331<br>JA2401002334, JA2401002338, JA2401002347<br>JA2401002351, JA2401002355, JA2401002361 | 350.0000 | 42700.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 2 |
|---|---|
| INVOICE NO. | 5584146 |
| INVOICE DATE | 10/14/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8310 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 10/14/24 | 11080 | 1155 | 5464266-001 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | JA2401002364, JA2401002365, JA2401002367<br>JA2401002414, JA2401002416, JA2401002422<br>JA2401002424, JA2401002425, JA2401002429<br>JA2401002430, JA2401002431, JA2401002435<br>JA2401002439, JA2401002441, JA2401002443<br>JA2401002604, JA2401002605, JA2401002606<br>JA2401002607, JA2401002612, JA2401002614<br>JA2401002615, JA2401002616, JA2401002618<br>JA2401002619, JA2401002620, JA2401002623<br>JA2401002625, JA2401002628, JA2401002630<br>JA2401002632, JA2401002633, JA2401002634<br>JA2401002635, JA2401002638, JA2401002640<br>JA2401002642, JA2401002643, JA2401002644<br>JA2401002645, JA2401002646, JA2401002652<br>JA2401002653, JA2401002654, JA2401002655<br>JA2401002656, JA2401002657, JA2401002658<br>JA2401002663, JA2401002664, JA2401002666<br>JA2401002668, JA2401002669, JA2401002670<br>JA2401002673, JA2401002676, JA2401002679<br>JA2401002680, JA2401002681, JA2401002682<br>JA2401002683, JA2401002684, JA2401002685<br>JA2401002686, JA2401002687, JA2401002688<br>JA2401002691, JA2401002693, JA2401002694 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 3 |
|---|---|
| INVOICE NO. | 5584146 |
| INVOICE DATE | 10/14/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8310 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 10/14/24 | 11080 | 1155 | 5464266-001 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | JA2401002695, JA2401002696, JA2401002719 JA2401002753, JA2401002760, JA2401002763 JA2401002767, JA2401002769, JA2401002780 JA2402000747, JA2402000781, JA2402000785 JA2402000791, JA2402000792, JA2402000795 JA2402000823, JA2402000829, JA2402000830 JA2402000883, JA2402000899, JA2402001164 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 42700.00 | .00 | .00 | 42700.00 | .00 | | 42700.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5630535 |
| INVOICE DATE | 12/16/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
9999999
Advantage Home Medical Equipme
2880 S Main St#100
Salt Lake City, UT 84115
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| P8522 | OAK HARBOR FREIGHT LINES, INC | NET 60 DAYS ADI |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 12/16/24 | 11080 | 1155 | 5509353-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subje ct to a 3% fee<br><br>*Paying by ACH-Request to statements@com passhealthbrands.com<br><br>**Invoices 30 days past due subject to 1 .5% interest per mo<br>Tracking/Pro No: 81215383 | | |
| 24.00 | 24.00 | .00 | EA | O2C5L<br>TRUAIRE 5 O2 CONCENTRATOR<br>0.5-5LPM, STATIONARY<br>Serial No: JA2409000027, JA2409000028<br>JA2409000035, JA2409000050, JA2409000071<br>JA2409000089, JA2409000102, JA2409000105<br>JA2409000106, JA2409000114, JA2409000115<br>JA2409000116, JA2409000117, JA2409000118<br>JA2409000312, JA2409000378, JA2409000434<br>JA2409000435, JA2409000528, JA2409000650<br>JA2409000655, JA2409000661, JA2409000702<br>JA2409000734 | 350.0000 | 8400.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 8400.00 | 49.99 | .00 | 8449.99 | .00 | | 8449.99 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5630536 |
| INVOICE DATE | 12/16/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
9999999
Advantage Medical Supply Inc
640 E 700 S St.Suite 102
St George,, UT 84770
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8521 | OAK HARBOR FREIGHT LINES, INC | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 12/16/24 | 11080 | 1155 | 5509354-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subje ct to a 3% fee<br><br>*Paying by ACH-Request to statements@com passhealthbrands.com<br><br>**Invoices 30 days past due subject to 1 .5% interest per mo<br>Tracking/Pro No: 81215382 | | |
| 24.00 | 24.00 | .00 | EA | O2C5L<br>TRUAIRE 5 O2 CONCENTRATOR<br>0.5-5LPM, STATIONARY<br>Serial No: JA2409000023, JA2409000032<br>JA2409000034, JA2409000056, JA2409000064<br>JA2409000073, JA2409000076, JA2409000077<br>JA2409000104, JA2409000122, JA2409000283<br>JA2409000359, JA2409000415, JA2409000425<br>JA2409000427, JA2409000524, JA2409000545<br>JA2409000546, JA2409000669, JA2409000721<br>JA2409000722, JA2409000729, JA2409000730<br>JA2409000739 | 350.0000 | 8400.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 8400.00 | 49.99 | .00 | 8449.99 | .00 | | 8449.99 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5631612 |
| INVOICE DATE | 12/17/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
9999999
Advantage Medical Supply Inc
640 E 700 S. St.- Suite 102
St George, UT 84770
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| P8550 | OAK HARBOR FREIGHT LINES, INC | NET 60 DAYS ADI |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 12/17/24 | 11080 | 1155 | 5510352-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: 81215391 | | |
| 24.00 | 24.00 | .00 | EA | O2C5L<br>TRUAIRE 5 O2 CONCENTRATOR<br>0.5-5LPM, STATIONARY<br>Serial No: JA2409000021, JA2409000022<br>JA2409000024, JA2409000036, JA2409000085<br>JA2409000110, JA2409000134, JA2409000174<br>JA2409000284, JA2409000429, JA2409000431<br>JA2409000521, JA2409000529, JA2409000544<br>JA2409000651, JA2409000672, JA2409000678<br>JA2409000687, JA2409000689, JA2409000700<br>JA2409000703, JA2409000720, JA2409000728<br>JA2409000731 | 350.0000 | 8400.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 8400.00 | 49.99 | .00 | 8449.99 | .00 | | 8449.99 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5632791 |
| INVOICE DATE | 12/19/24 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8533 | XPO Freight | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 12/19/24 | 11080 | 1155 | 5508928-050 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: 223206421 | | |
| 80.00 | 80.00 | .00 | EA | 30036<br>ROSCOE BEDSIDE FALL PAD<br>24X66X2 | 27.0000 | 2160.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 2160.00 | .00 | .00 | 2160.00 | .00 | | 2160.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: P8585 | | |
| 200.00 | 200.00 | .00 | EA | GEL-182<br>MM GEL WHCHR CUSHION<br>18' X 16" 2" | 6.3500 | 1270.00 |
| 120.00 | 120.00 | .00 | CA | WKSAW2B<br>STEEL ADULT WALKER 2 BUTTON<br>W/ WHEELS, 4/CS, 350 LB CAP<br>Serial No: BL24060500550, BL24060500551<br>BL24060500552, BL24060500553<br>BL24060501410, BL24060501411<br>BL24060501412, BL24060501413<br>BL24060501414, BL24060501415<br>BL24060501416, BL24060501417 | 55.8000 | 6696.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 2 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL24060501422, BL24060501423<br>BL24060501424, BL24060501425<br>BL24060501442, BL24060501443<br>BL24060501444, BL24060501445<br>BL24060501450, BL24060501451<br>BL24060501452, BL24060501453<br>BL24060501462, BL24060501463<br>BL24060501464, BL24060501465<br>BL24060501466, BL24060501467<br>BL24060501468, BL24060501469<br>BL24060501470, BL24060501471<br>BL24060501472, BL24060501473<br>BL24060501486, BL24060501487<br>BL24060501488, BL24060501489<br>BL24060501490, BL24060501491<br>BL24060501492, BL24060501493<br>BL24060501506, BL24060501507<br>BL24060501508, BL24060501509<br>BL24060501510, BL24060501511<br>BL24060501512, BL24060501513<br>BL24060501538, BL24060501539<br>BL24060501540, BL24060501541<br>BL24060501546, BL24060501547 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 3 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL24060501548, BL24060501549<br>BL24060501566, BL24060501567<br>BL24060501568, BL24060501569<br>BL24060501570, BL24060501571<br>BL24060501572, BL24060501573<br>BL2411033471, BL2411033472, BL2411033473<br>BL2411033474, BL2411033779, BL2411033780<br>BL2411033781, BL2411033782, BL2411034007<br>BL2411034008, BL2411034009, BL2411034010<br>BL2411034011, BL2411034012, BL2411034013<br>BL2411034014, BL2411034015, BL2411034016<br>BL2411034017, BL2411034018, BL2411034023<br>BL2411034024, BL2411034025, BL2411034026<br>BL2411034027, BL2411034028, BL2411034029<br>BL2411034030, BL2411034031, BL2411034032<br>BL2411034033, BL2411034034, BL2411034035<br>BL2411034036, BL2411034037, BL2411034038<br>BL2411034039, BL2411034040, BL2411034041<br>BL2411034042, BL2411034043, BL2411034044<br>BL2411034045, BL2411034046, BL2411034047<br>BL2411034048, BL2411034049, BL2411034050<br>BL2411034051, BL2411034052, BL2411034053<br>BL2411034054, BL2411034055, BL2411034056 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 4 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2411034057, BL2411034058, BL2411034059<br>BL2411034060, BL2411034061, BL2411034062<br>BL2411034063, BL2411034064, BL2411034065<br>BL2411034066, BL2411034067, BL2411034068<br>BL2411034069, BL2411034070, BL2411034071<br>BL2411034072, BL2411034073, BL2411034074<br>BL2411034075, BL2411034076, BL2411034077<br>BL2411034078, BL2411034079, BL2411034080<br>BL2411034081, BL2411034082, BL2411034087<br>BL2411034088, BL2411034089, BL2411034090<br>BL2411034091, BL2411034092, BL2411034093<br>BL2411034094, BL2411034095, BL2411034096<br>BL2411034097, BL2411034098, BL2411034099<br>BL2411034100, BL2411034101, BL2411034102<br>BL2411034103, BL2411034104, BL2411034105<br>BL2411034106, BL2411034107, BL2411034108<br>BL2411034109, BL2411034110, BL2411034111<br>BL2411034112, BL2411034113, BL2411034114<br>BL2411034115, BL2411034116, BL2411034117<br>BL2411034118, BL2411034119, BL2411034120<br>BL2411034121, BL2411034122, BL2411034123<br>BL2411034124, BL2411034125, BL2411034126<br>BL2411034127, BL2411034128, BL2411034129 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 5 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2411034130, BL2411034131, BL2411034132<br>BL2411034133, BL2411034134, BL2411034135<br>BL2411034136, BL2411034137, BL2411034138<br>BL2411034139, BL2411034140, BL2411034141<br>BL2411034142, BL2411034143, BL2411034144<br>BL2411034145, BL2411034146, BL2411034147<br>BL2411034148, BL2411034149, BL2411034150<br>BL2411034151, BL2411034152, BL2411034153<br>BL2411034154, BL2411034155, BL2411034156<br>BL2411034157, BL2411034158, BL2411034159<br>BL2411034160, BL2411034161, BL2411034162<br>BL2411034163, BL2411034164, BL2411034165<br>BL2411034166, BL2411034167, BL2411034168<br>BL2411034169, BL2411034170, BL2411034171<br>BL2411034172, BL2411034173, BL2411034174<br>BL2411034175, BL2411034176, BL2411034177<br>BL2411034178, BL2411034179, BL2411034180<br>BL2411034181, BL2411034182, BL2411034183<br>BL2411034184, BL2411034185, BL2411034186<br>BL2411034187, BL2411034188, BL2411034189<br>BL2411034190, BL2411034191, BL2411034192<br>BL2411034193, BL2411034194, BL2411034195<br>BL2411034196, BL2411034197, BL2411034198 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 6 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2411034203, BL2411034204, BL2411034205<br>BL2411034206, BL2411034207, BL2411034208<br>BL2411034209, BL2411034210, BL2411034227<br>BL2411034228, BL2411034229, BL2411034230<br>BL2411034231, BL2411034232, BL2411034233<br>BL2411034234, BL2411034247, BL2411034248<br>BL2411034249, BL2411034250, BL2411034251<br>BL2411034252, BL2411034253, BL2411034254<br>BL2411034255, BL2411034256, BL2411034257<br>BL2411034258, BL2411034259, BL2411034260<br>BL2411034261, BL2411034262, BL2411034267<br>BL2411034268, BL2411034269, BL2411034270<br>BL2411034271, BL2411034272, BL2411034273<br>BL2411034274, BL2411034275, BL2411034276<br>BL2411034277, BL2411034278, BL2411034279<br>BL2411034280, BL2411034281, BL2411034282<br>BL2411034287, BL2411034288, BL2411034289<br>BL2411034290, BL2411034291, BL2411034292<br>BL2411034293, BL2411034294, BL2411034295<br>BL2411034296, BL2411034297, BL2411034298<br>BL2411034299, BL2411034300, BL2411034301<br>BL2411034302, BL2411034303, BL2411034304<br>BL2411034305, BL2411034306, BL2411034307 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 7 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO:
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO:
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| **DATE SHIPPED** | **SLMN 1** | **SLMN 2** | **PICK TICKET NO.** |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2411034308, BL2411034309, BL2411034310<br>BL2411034319, BL2411034320, BL2411034321<br>BL2411034322, BL2411034327, BL2411034328<br>BL2411034329, BL2411034330, BL2411034331<br>BL2411034332, BL2411034333, BL2411034334<br>BL2411034335, BL2411034336, BL2411034337<br>BL2411034338, BL2411034339, BL2411034340<br>BL2411034341, BL2411034342, BL2411034359<br>BL2411034360, BL2411034361, BL2411034362<br>BL2411034363, BL2411034364, BL2411034365<br>BL2411034366, BL2411034391, BL2411034392<br>BL2411034393, BL2411034394, BL2411034419<br>BL2411034420, BL2411034421, BL2411034422<br>BL2411034431, BL2411034432, BL2411034433<br>BL2411034434, BL2411034439, BL2411034440<br>BL2411034441, BL2411034442, BL2411034467<br>BL2411034468, BL2411034469, BL2411034470<br>BL2411034475, BL2411034476, BL2411034477<br>BL2411034478, BL2411034495, BL2411034496<br>BL2411034497, BL2411034498, BL2411034499<br>BL2411034500, BL2411034501, BL2411034502<br>BL2411034531, BL2411034532, BL2411034533<br>BL2411034534, BL2411034567, BL2411034568 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 8 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2411034569, BL2411034570, BL2411034575<br>BL2411034576, BL2411034577, BL2411034578<br>BL2411034579, BL2411034580, BL2411034581<br>BL2411034582, BL2411034587, BL2411034588<br>BL2411034589, BL2411034590, BL2411034591<br>BL2411034592, BL2411034593, BL2411034594<br>BL2411034599, BL2411034600, BL2411034601<br>BL2411034602, BL2411034603, BL2411034604<br>BL2411034605, BL2411034606, BL2411034607<br>BL2411034608, BL2411034609, BL2411034610<br>BL2411034611, BL2411034612, BL2411034613<br>BL2411034614, BL2411034619, BL2411034620<br>BL2411034621, BL2411034622, BL2411034623<br>BL2411034624, BL2411034625, BL2411034626<br>BL2411034627, BL2411034628, BL2411034629<br>BL2411034630, BL2411034631, BL2411034632<br>BL2411034633, BL2411034634, BL2411034635<br>BL2411034636, BL2411034637, BL2411034638<br>BL2411034639, BL2411034640, BL2411034641<br>BL2411034642, BL2411034643, BL2411034644<br>BL2411034645, BL2411034646, BL2411034647<br>BL2411034648, BL2411034649, BL2411034650<br>BL2411034651, BL2411034652, BL2411034653 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 9 |
|---|---|
| INVOICE NO. | 5646405 |
| INVOICE DATE | 1/10/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO:
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO:
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/10/25 | 11080 | 1155 | 5517529-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2411034654, BL2411034655, BL2411034656 BL2411034657, BL2411034658, BL2411034675 BL2411034676, BL2411034677, BL2411034678 BL2411034679, BL2411034680, BL2411034681 BL2411034682 | | |
| 10.00 | 10.00 | .00 | EA | 150-0110 WHEELCHAIR O2 E TANK HOLDER, 4/CS | 18.7500 | 187.50 |
| 20.00 | 20.00 | .00 | EA | WCF-183 ROSCOE FOAM WC CUSHION 18X16X3 | 7.2500 | 145.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 8298.50 | .00 | .00 | 8298.50 | .00 | | 8298.50 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5647275 |
| INVOICE DATE | 1/13/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO:
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO:
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| P8639 | CH ROBINSON | NET 60 DAYS ADI |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 1/13/25 | 11080 | 1155 | 5523458-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subje ct to a 3% fee<br><br>*Paying by ACH-Request to statements@com passhealthbrands.com<br><br>**Invoices 30 days past due subject to 1 .5% interest per mo<br>Tracking/Pro No: P8639 | | |
| 80.00 | 80.00 | .00 | EA | GO-78343-C<br>GEL OVERLAY 78X34X3 | 65.0000 | 5200.00 |
| 100.00 | 100.00 | .00 | EA | RLS6BL-KD<br>6" STEEL ROLLATOR, BLUE, KD<br>300 LB WT CAP, KNOCKED DOWN<br>Serial No: BL2405002760, BL2405002771<br>BL2405002782, BL2405002783, BL2405002794<br>BL2405002795, BL2405002797, BL2405002798<br>BL2405002799, BL2405002800, BL2405002804<br>BL2405002805, BL2405002806, BL2405002808<br>BL2405002810, BL2405003333, BL2405003334<br>BL2405003338, BL2405003339, BL2405003340 | 32.0000 | 3200.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 2 |
|---|---|
| INVOICE NO. | 5647275 |
| INVOICE DATE | 1/13/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8639 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/13/25 | 11080 | 1155 | 5523458-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2405003341, BL2405003343, BL2405003344<br>BL2405003345, BL2405003346, BL2405003348<br>BL2405003349, BL2405003350, BL2405003351<br>BL2405003352, BL2405003354, BL2405003355<br>BL2405003356, BL2405003357, BL2405003358<br>BL2405003359, BL2405003360, BL2405003361<br>BL2405003362, BL2405003363, BL2405003364<br>BL2405003366, BL2405003367, BL2405003388<br>BL2405003389, BL2411031731, BL2411031732<br>BL2411031733, BL2411031735, BL2411031746<br>BL2411031756, BL2411031757, BL2411031762<br>BL2411031806, BL2411031820, BL2411031828<br>BL2411031830, BL2411031846, BL2411031847<br>BL2411031856, BL2411031857, BL2411031885<br>BL2411031888, BL2411031890, BL2411031891<br>BL2411031897, BL2411031911, BL2411031912<br>BL2411031913, BL2411031923, BL2411031927<br>BL2411031928, BL2411031930, BL2411031934<br>BL2411031938, BL2411031939, BL2411031940<br>BL2411031941, BL2411031944, BL2411031947<br>BL2411031949, BL2411031950, BL2411031951<br>BL2411031952, BL2411031953, BL2411031955<br>BL2411031956, BL2411031957, BL2411031959 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 3 |
|---|---|
| INVOICE NO. | 5647275 |
| INVOICE DATE | 1/13/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8639 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/13/25 | 11080 | 1155 | 5523458-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2411031968, BL2411031973, BL2411031974<br>BL2411031975, BL2411031976, BL2411031977<br>BL2411031980, BL2411031985, BL2411031987<br>BL2411031989, BL2411031992 | | |
| 100.00 | 100.00 | .00 | EA | RLS6BG-KD<br>6" STEEL ROLLATOR, BURGUNDY,KD<br>300 LB WT CAP, KNOCKED DOWN<br>Serial No: BL2409015641, BL2409015674<br>BL2409015686, BL2409015701, BL2409015702<br>BL2409015703, BL2409015716, BL2409015719<br>BL2409015836, BL2409015838, BL2410019071<br>BL2410019071.1, BL2410019095<br>BL2410019167, BL2410019170, BL2410019180<br>BL2410019182, BL2410019183, BL2410019186<br>BL2410019187, BL2410019189, BL2410019192<br>BL2410019193, BL2410019194, BL2410019213<br>BL2410019214, BL2410019216, BL2410019218<br>BL2410019222, BL2410019226, BL2410019231<br>BL2410019364, BL2410019428, BL2410019429<br>BL2410019432, BL2410019452, BL2410019454<br>BL2410020442, BL2410020445, BL2410020449<br>BL2410020451, BL2410020461, BL2410020462<br>BL2410020479, BL2410020482, BL2410020483 | 32.0000 | 3200.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 4 |
|---|---|
| INVOICE NO. | 5647275 |
| INVOICE DATE | 1/13/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8639 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/13/25 | 11080 | 1155 | 5523458-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2410020486, BL2410020489, BL2410020490<br>BL2410020493, BL2410020494, BL2410020495<br>BL2410020502, BL2410020505, BL2410020506<br>BL2410020507, BL2410020528, BL2410020531<br>BL2410020599, BL2410020601, BL2410020602<br>BL2410020609, BL2410020632, BL2410020633<br>BL2410020636, BL2410020639, BL2410020640<br>BL2410020641, BL2410020643, BL2410020645<br>BL2410020647, BL2410020647.1<br>BL2410020647.2, BL2410020672<br>BL2410020699, BL2410020715, BL2410020718<br>BL2410020720, BL2410020724, BL2410020725<br>BL2410020727, BL2410020728, BL2410020731<br>BL2410020733, BL2410020734, BL2410020739<br>BL2410020743, BL2410020749, BL2410020750<br>BL2410020755, BL2410020757<br>BL2410020757.2, BL2410020757.3<br>BL2410020758, BL2410020760, BL2410020761<br>BL2410020764, BL2410020765, BL2410020768<br>BL2410020777 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 11600.00 | .00 | .00 | 11600.00 | .00 | | 11600.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5650329 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8585 | ROADRUNNER | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5517529-050 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subje ct to a 3% fee<br><br>*Paying by ACH-Request to statements@com passhealthbrands.com<br><br>**Invoices 30 days past due subject to 1 .5% interest per mo<br>Tracking/Pro No: 586697377 | | |
| 5.00 | 5.00 | .00 | EA | TCA191612BK<br>TRANSPORT WC W/12" REAR WHEELS<br>BLACK, ALUM 300LB WEIGHT CAP<br>Serial No: AS2310004138, AS2310004171<br>AS2310004281, AS2310004293, AS2310004299 | 91.7500 | 458.75 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 458.75 | .00 | .00 | 458.75 | .00 | | 458.75 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| P8666 | CH ROBINSON | NET 60 DAYS ADI |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subje ct to a 3% fee<br><br>*Paying by ACH-Request to statements@com passhealthbrands.com<br><br>**Invoices 30 days past due subject to 1 .5% interest per mo<br>Tracking/Pro No: P8666 | | |
| 64.00 | 64.00 | .00 | CA | WKAAW2B<br>ALUM ADULT WALKER , 2 BUTTON<br>W/ WHEELS, 4/CS, 300LB CAP<br>Serial No: BL2401042635, BL2401042636<br>BL2401042637, BL2401042638, BL2401042651<br>BL2401042652, BL2401042653, BL2401042654<br>BL2401042655, BL2401042656, BL2401042657<br>BL2401042658, BL2401042663, BL2401042664<br>BL2401042665, BL2401042666, BL2401042679<br>BL2401042680, BL2401042681, BL2401042682<br>BL2401042683, BL2401042684, BL2401042685<br>BL2401042686, BL2401042703, BL2401042704 | 62.0000 | 3968.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 2 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2401042705, BL2401042706, BL2401042739<br>BL2401042740, BL2401042741, BL2401042742<br>BL2401043087, BL2401043088, BL2401043089<br>BL2401043090, BL2401043091, BL2401043092<br>BL2401043093, BL2401043094, BL2401043095<br>BL2401043096, BL2401043097, BL2401043098<br>BL2401043103, BL2401043104, BL2401043105<br>BL2401043106, BL2401043107, BL2401043108<br>BL2401043109, BL2401043110, BL2401043119<br>BL2401043120, BL2401043121, BL2401043122<br>BL2401043127, BL2401043128, BL2401043129<br>BL2401043130, BL2401043135, BL2401043136<br>BL2401043137, BL2401043138, BL2401043139<br>BL2401043140, BL2401043141, BL2401043142<br>BL2401043143, BL2401043144, BL2401043145<br>BL2401043146, BL2401043151, BL2401043152<br>BL2401043153, BL2401043154, BL2401043155<br>BL2401043156, BL2401043157, BL2401043158<br>BL2401043159, BL2401043160, BL2401043161<br>BL2401043162, BL2401043171, BL2401043172<br>BL2401043173, BL2401043174, BL2401043175<br>BL2401043176, BL2401043177, BL2401043178<br>BL2401043183, BL2401043184, BL2401043185 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 3 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2401043186, BL2401043187, BL2401043188<br>BL2401043189, BL2401043190, BL2401043207<br>BL2401043208, BL2401043209, BL2401043210<br>BL2401043227, BL2401043228, BL2401043229<br>BL2401043230, BL2401043239, BL2401043240<br>BL2401043241, BL2401043242, BL2401043243<br>BL2401043244, BL2401043245, BL2401043246<br>BL2401043251, BL2401043252, BL2401043253<br>BL2401043254, BL2401043279, BL2401043280<br>BL2401043281, BL2401043282, BL2401043435<br>BL2401043436, BL2401043437, BL2401043438<br>BL2401043443, BL2401043444, BL2401043445<br>BL2401043446, BL2401043447, BL2401043448<br>BL2401043449, BL2401043450, BL2401043451<br>BL2401043452, BL2401043453, BL2401043454<br>BL2401043459, BL2401043460, BL2401043461<br>BL2401043462, BL2401043463, BL2401043464<br>BL2401043465, BL2401043466, BL2401043471<br>BL2401043472, BL2401043473, BL2401043474<br>BL2401043479, BL2401043480, BL2401043481<br>BL2401043482, BL2401043483, BL2401043484<br>BL2401043485, BL2401043486, BL2401043487<br>BL2401043488, BL2401043489, BL2401043490 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 4 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2401043495, BL2401043496, BL2401043497<br>BL2401043498, BL2401043511, BL2401043512<br>BL2401043513, BL2401043514, BL2401043515<br>BL2401043516, BL2401043517, BL2401043518<br>BL2401043519, BL2401043520, BL2401043521<br>BL2401043522, BL2401043523, BL2401043524<br>BL2401043525, BL2401043526, BL2401043531<br>BL2401043532, BL2401043533, BL2401043534<br>BL2401043539, BL2401043540, BL2401043541<br>BL2401043542, BL2401043543, BL2401043544<br>BL2401043545, BL2401043546, BL2401043559<br>BL2401043560, BL2401043561, BL2401043562<br>BL2401043579, BL2401043580, BL2401043581<br>BL2401043582, BL2401043583, BL2401043584<br>BL2401043585, BL2401043586, BL2401043587<br>BL2401043588, BL2401043589, BL2401043590<br>BL2401043591, BL2401043592, BL2401043593<br>BL2401043594, BL2401043599, BL2401043600<br>BL2401043601, BL2401043602, BL2401043611<br>BL2401043612, BL2401043613, BL2401043614<br>BL2401043623, BL2401043624, BL2401043625<br>BL2401043626, BL2401043643, BL2401043644<br>BL2401043645, BL2401043646, BL2401043647 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 5 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2401043648, BL2401043649, BL2401043650<br>BL2401043659, BL2401043660, BL2401043661<br>BL2401043662, BL2401043679, BL2401043680<br>BL2401043681, BL2401043682, BL2401043695<br>BL2401043696, BL2401043697, BL2401043698<br>BL2401043719, BL2401043720, BL2401043721<br>BL2401043722, BL2401044499, BL2401044500<br>BL2401044501, BL2401044502 | | |
| 15.00 | 15.00 | .00 | CA | CNQLB<br>QUAD CANE LG BASE, BLACK, 6/CS<br>300LB WEIGHT CAPACITY | 36.1300 | 541.95 |
| 80.00 | 80.00 | .00 | EA | TCS1916SV<br>TRANSPORT WC 19X16 W/FOOTREST<br>SILVER VEIN, STEEL, 300LB<br>Serial No: AS2407000735, AS2407000737<br>AS2407000739, AS2407000740, AS2407000741<br>AS2407000742, AS2407000748, AS2407000749<br>AS2407000753, AS2407000754, AS2407000756<br>AS2407000757, AS2407000797, AS2407000800<br>AS2407000801, AS2407000802, AS2407000803<br>AS2407000810, AS2407000813, AS2407000814<br>AS2407000816, AS2407000828, AS2407000830<br>AS2407000850, AS2408002156, AS2408002162 | 67.5000 | 5400.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 6 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

Please Remit To:
Compass Health Brands
P.O. Box 71591
Chicago IL 60694
1-800-328-2935

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | AS2408002164, AS2408002166, AS2408002187<br>AS2408002189, AS2408002190, AS2408002191<br>AS2408002192, AS2408002193, AS2408002196<br>AS2408002198, AS2408002199, AS2408002200<br>AS2408002201, AS2408002202, AS2408002204<br>AS2408002205, AS2408002206, AS2408002209<br>AS2408002210, AS2408002211, AS2408002212<br>AS2408002214, AS2410001289, AS2410001292<br>AS2410001293, AS2410001294, AS2410001298<br>AS2410001299, AS2410001301, AS2410001303<br>AS2410001305, AS2410001307, AS2410001312<br>AS2410001320, AS2411002476, AS2411002477<br>AS2411002478, AS2411002486, AS2411002497<br>AS2411002504, AS2411002511, AS2411002512<br>AS2411002514, AS2411002517, AS2411002519<br>AS2411002524, AS2411002525, AS2411002529<br>AS2411002537, AS2411002539, AS2411002543<br>AS2411002548, AS2411002556, AS2411002568 | | |
| 16.00 | 16.00 | .00 | EA | WCR1816E<br>RECLINING WHEELCHAIR, 18X16<br>W/ REMOVABLE DESK ARMS & ELR'S<br>Serial No: IM2410001542, IM2410001630<br>IM2410001636, IM2410001637, IM2410001638 | 169.9900 | 2719.84 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 7 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | IM2410001643, IM2410001644, IM2410001645<br>IM2410001668, IM2410001669, IM2410001703<br>IM2410001704, IM2410001705, IM2410001716<br>IM2410001718, IM2410001728 | | |
| 20.00 | 20.00 | .00 | EA | PBPLSM001<br>PATIENT LIFT HYDRAULIC<br>450 LB WT CAP<br>Serial No: HY2408000041, HY2408000063<br>HY2408000069, HY2408000096, HY2408000105<br>HY2408000109, HY2408000110, HY2408000113<br>HY2408000123, HY2408000124, HY2408000125<br>HY2408000127, HY2408000128, HY2408000129<br>HY2408000130, HY2408000134, HY2408000136<br>HY2408000137, HY2408000146, HY2408000150 | 245.0000 | 4900.00 |
| 60.00 | 60.00 | .00 | CA | BSTB<br>TRANSFER BENCH KD<br>300 LB WT CAP, 2/CA<br>Serial No: BL2410027232, BL2410027233<br>BL2410027234, BL2410027235, BL2410027236<br>BL2410027237, BL2410027242, BL2410027243<br>BL2410027244, BL2410027245, BL2410027246<br>BL2410027247, BL2410027248, BL2410027249<br>BL2410027250, BL2410027251, BL2410027252 | 64.0000 | 3840.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 8 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2410027253, BL2410027254, BL2410027255<br>BL2410027256, BL2410027257, BL2410027260<br>BL2410027261, BL2410027268, BL2410027269<br>BL2410027270, BL2410027271, BL2410027272<br>BL2410027273, BL2410027274, BL2410027275<br>BL2410027282, BL2410027283, BL2410027284<br>BL2410027285, BL2410027286, BL2410027287<br>BL2410027288, BL2410027289, BL2410027292<br>BL2410027293, BL2410027294, BL2410027295<br>BL2410027296, BL2410027297, BL2410027302<br>BL2410027303, BL2410027304, BL2410027305<br>BL2410027308, BL2410027309, BL2410027316<br>BL2410027317, BL2410027320, BL2410027321<br>BL2410027330, BL2410027331, BL2410027334<br>BL2410027335, BL2410027342, BL2410027343<br>BL2410027350, BL2410027351, BL2410027356<br>BL2410027357, BL2410027366, BL2410027367<br>BL2410027368, BL2410027369<br>BL2410027372BL241002, BL2410027374<br>BL2410027375, BL2410027476, BL2410027477<br>BL2410027488, BL2410027489, BL2410027502<br>BL2410027503, BL2410027510, BL2410027511<br>BL2410027542, BL2410027543, BL2410027546 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**EXHIBIT C**

# INVOICE

| PAGE | 9 |
|---|---|
| INVOICE NO. | 5650578 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8666 | CH ROBINSON | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5526905-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | BL2410027547, BL2410027548, BL2410027549<br>BL2410027556, BL2410027557, BL2410027560<br>BL2410027561, BL2410027562<br>BL2410027562.1, BL2410027562.2<br>BL2410027562.3, BL2410027562.4<br>BL2410027563, BL2410027570, BL2410027571<br>BL2410027574, BL2410027575, BL2410027580<br>BL2410027581, BL2410027582, BL2410027583<br>BL2410027596, BL2410027597, BL2410027606<br>BL2410027607, BL2410027610, BL2410027611<br>BL2410027612, BL2410027613, BL2410027616<br>BL2410027617, BL2410027620, BL2410027621<br>BL2410027726, BL2410027727, 7373 | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 21369.79 | .00 | .00 | 21369.79 | .00 | | 21369.79 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5650579 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| P8666 | ROADRUNNER | NET 60 DAYS ADI |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 1/16/25 | 11080 | 1155 | 5526905-050 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: 586697377 | | |
| 20.00 | 20.00 | .00 | EA | PBPLSM001<br>PATIENT LIFT HYDRAULIC<br>450 LB WT CAP<br>Serial No: HY2408000404, HY2408000462<br>HY2410000001, HY2410000003, HY2410000007<br>HY2410000010, HY2410000037, HY2410000038<br>HY2410000083, HY2410000090, HY2410000097<br>HY2410000099, HY2410000100, HY2410000104<br>HY2410000108, HY2410000136, HY2410000224<br>HY2410000228, HY2410000231, HY2410000232 | 245.0000 | 4900.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 4900.00 | .00 | .00 | 4900.00 | .00 | | 4900.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5651090 |
| INVOICE DATE | 1/16/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8673 | AAA COOPER TRANSPORTATION | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5527761-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subje ct to a 3% fee<br><br>*Paying by ACH-Request to statements@com passhealthbrands.com<br><br>**Invoices 30 days past due subject to 1 .5% interest per mo<br>Tracking/Pro No: 30099497-7 | | |
| 25.00 | 25.00 | .00 | EA | FGP56700 0000<br>OVERBED TABLE *<br>CP: 1 | 80.0000 | 2000.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 2000.00 | .00 | .00 | 2000.00 | .00 | | 2000.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5651223 |
| INVOICE DATE | 1/17/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8567 | Southeastern Freight Lines | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 1/16/25 | 11080 | 1155 | 5512976-000 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: 41329059-0 | | |
| 810.00 | 810.00 | .00 | EA | PX-8703-1WB<br>E Cylinder, wrench valve,<br>81/PALLET | 44.5000 | 36045.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 36045.00 | .00 | .00 | 36045.00 | .00 | | 36045.00 |

**EXHIBIT C**

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 5775705 |
| INVOICE DATE | 7/23/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
J MED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0224339
J Med Supplies, INC
8420 Kass Blvd
Buena Park, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| P8843 | FEDEX GROUND | | NET 60 DAYS ADI |
| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
| 7/23/25 | 11080 | 1155 | 5555506-001 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br><br>*Paying by ACH-Request to statements@compasshealthbrands.com<br><br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: 445255803157 | | |
| 5.00 | 5.00 | .00 | EA | X1WCRIM02<br>18" SEAT UPHOLSTERY W HARDWARE<br>PROBASICS RECLINING WHEELCHAIR | 14.4600 | 72.30 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 72.30 | .00 | .00 | 72.30 | .00 | | 72.30 |

**EXHIBIT C**

# EXHIBIT D

# INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | 6102368 |
| INVOICEDATE | 08/20/25 |

COMPASS HEALTH

**Please Remit To:**
**Compass Health Brands**
**P.O. Box 71591**
**Chicago IL 60694**
**1-800-328-2935**

SOLD TO
0205947
JMED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA
855-825-5259

SHIP TO
0205947
JMED
8420 KASS DR
BUENA PARK, CA 90621
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| PREF615 | Unis Transportation | NET 60 DAYS ADI |

| DATE SHIPPED | SLMN I | SLMN2 | PICK TICKET NO. |
|---|---|---|---|
| 08/20/25 | 9157 | 1155 | 2610611-00 |

SPECIAL INSTRUCTIONS >

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | **Credit cards used as payment are subject to a 3% fee<br>*Paying by ACH-Request to statements@compasshealthbrands.com<br>**Invoices 30 days past due subject to 1.5% interest per mo<br>Tracking/Pro No: 61714510 | | |
| 160.00 | 160.00 | .00 | EA | O2C5L<br>TRUAIRE 5 02 CONCENTRATOR<br>0.5-5LPM, STATIONARY | 395.0000 | 63200.00 |
| | | | | **As units are returned,a $395 Product credit and $40 handling credit will be issued on customer account reducing balance owed | | |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 63200.00 | 0.00 | 0.00 | 63200.00 | | | **63,200.00** |

**EXHIBIT D**